U.S. District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DAVID ALLEN,<br>    Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL,<br>Commissioner of Social Security,<br>    Defendant. | 3:17-CV-05454-JLR<br><br><br><br>ORDER |

It is hereby ORDERED that attorney fees in the amount of $1,234.49 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Attorney fees are paid pursuant to 28 U.S.C. §1920.

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Kevin Kerr, P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

1  DATED this 22 [NO] day of March, 2018.

2

3  _____
   UNITED STATES DISTRICT JUDGE

4

5  Recommended for Entry
   This ___ day of _____, 2018.

6

7  _____
   United States Magistrate Judge

8

9  Presented by:

10 s/ Kevin Kerr
   KEVIN KERR, WSB #47715
11 Schneider Kerr & Robichaux
   PO Box 14490
12 Portland, OR 97293
   (503) 255-9092
13 kevinkerr@schneiderlaw.com

14

15

16

17

18

19

20

21

22